**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Cedric D Banks<br>    Ashley A Banks<br>        Debtor(s) | Case No. 15 B 03319 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/31/2015.

2) The plan was confirmed on 05/06/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 12/08/2016.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $11,449.08 | |
| Less amount refunded to debtor | $643.12 | |
| **NET RECEIPTS:** | | **$10,805.96** |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,045.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $419.79 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,464.79** |

Attorney fees paid and disclosed by debtor:         $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 77th Street Depot Federal Credit Union | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| American Financial Credit Services | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 649.00 | 637.57 | 637.57 | 14.82 | 0.00 |
| American InfoSource LP | Unsecured | 667.88 | 667.88 | 667.88 | 15.52 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 100.00 | 298.54 | 298.54 | 6.94 | 0.00 |
| Angelo Herman | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 100.00 | 2,978.95 | 2,978.95 | 69.24 | 0.00 |
| Avon Products | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Bmo Harris | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 350.17 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 9,642.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Clear Wireless | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 70.27 | NA | NA | 0.00 | 0.00 |
| COmputer Systems Institute | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Crd Prt Asso | Unsecured | 1,083.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 0.00 | 10,003.89 | 10,003.89 | 232.51 | 0.00 |
| Dentists Of Hinsdale Lake | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 0.00 | 9,830.10 | 9,830.10 | 228.47 | 0.00 |
| Department Of Education | Unsecured | 0.00 | 19,198.70 | 19,198.70 | 446.21 | 0.00 |
| Department Of Education | Unsecured | 52,656.00 | 43,396.73 | 43,396.73 | 1,008.61 | 0.00 |
| Eagle Atlant | Unsecured | 2,542.00 | NA | NA | 0.00 | 0.00 |
| Escallate Llc | Unsecured | 697.00 | NA | NA | 0.00 | 0.00 |
| Escallate Llc | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Out | Unsecured | 4,584.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance Inc. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Franciscan Alliance Inc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Credit Union | Unsecured | 0.00 | 17,295.41 | 17,295.41 | 401.97 | 0.00 |
| I&M Shouman Inc. | Unsecured | 4,057.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 145.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 250.00 | 360.13 | 360.13 | 8.37 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 14,510.00 | 3,659.13 | 3,659.13 | 85.04 | 0.00 |
| Illinois Tollway | Unsecured | 300.00 | 11,230.50 | 11,230.50 | 261.02 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 100.00 | 336.25 | 336.25 | 7.82 | 0.00 |
| Internal Revenue Service | Priority | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 0.00 | 173.25 | 173.25 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 378.00 | 378.00 | 378.00 | 8.79 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | 250.00 | 250.00 | 5.81 | 0.00 |
| Municipal Collections Of America | Unsecured | 125.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| Munster Medical Research Foundation Inc | Unsecured | 0.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| NCO Finanacial Systems Inc. | Unsecured | 107.43 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | 622.73 | 622.73 | 14.47 | 0.00 |
| PCL Alverno | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 2,548.00 | 2,649.12 | 2,649.12 | 61.57 | 0.00 |
| Preferred Capital Funding | Unsecured | 4,000.00 | 3,727.55 | 3,727.55 | 86.64 | 0.00 |
| Professional Clinical Labs | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Regional Recovery Serv | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Regional Recovery Serv | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Rent A Wreck | Secured | 4,000.00 | 0.00 | 4,000.00 | 2,989.87 | 199.29 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Unsecured | 0.00 | 1,364.81 | 1,364.81 | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Secured | 500.00 | 1,011.80 | 1,011.80 | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Universal Acceptance | Unsecured | 8,097.00 | 8,097.09 | 8,097.09 | 188.19 | 0.00 |
| University of Chicago Hopsitals | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Verizon | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Homewood | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VillagePark Forest Water Dept | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| Xsport Fitness | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,011.80 | $2,989.87 | $199.29 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,011.80** | **$2,989.87** | **$199.29** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$137,331.33** | **$3,152.01** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,464.79 |
| Disbursements to Creditors | $6,341.17 |
| **TOTAL DISBURSEMENTS :** | **$10,805.96** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/27/2017        By: /s/ Marilyn O. Marshall
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**